UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TOMMIE HARMON,

        Plaintiff,                                  Case No. 1:12-CV-45

v.                                               Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

**JUDGMENT**

In accordance with the court's Order granting the parties' joint stipulation for remand:

The Commissioner's decision is **REVERSED** and this matter is **REMANDED** for a new hearing and further consideration of plaintiff's application pursuant to sentence four of 42 U.S.C. § 405(g).


Dated:  July 18, 2012                                /s/ Hugh W. Brenneman, Jr.
                                                          HUGH W. BRENNEMAN, JR.
                                                          United States Magistrate Judge